# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Fontell Demann Fuller,                                Civ. No. 19-886 (PJS/BRT)

      Plaintiff,

v.

Stanley Hafoka, et al.,                                **ORDER**

      Defendants.

Fontell DeMann Fuller, *pro se* Plaintiff.

Kimberly R. Parker, Esq., and Robert B. Roche, Esq., Ramsey County Attorney's Office, counsel for Defendants.

      This matter is before the Court on Plaintiff Fontell Demann Fuller's Motion for Discovery filed August 3, 2020. (Doc. No. 93, Mot. for Disc.) This document makes three requests; the Court addresses each in turn.

      First, Plaintiff requests an extension of the fact discovery deadline. This request is **DENIED** as duplicative of a request made by Plaintiff in his motion filed on July 30, 2020, and the Stipulation to Modify Pretrial Scheduling Order also filed on that date. (Doc. Nos. 89, 90.) The Court will address this issue separately in an amended scheduling order.

      Second, Plaintiff requests permission to file a reply to Defendants' response to his Motion to Amend Pleading. (*See* Doc. Nos. 66, 71, 78.) Plaintiff's request is **DENIED**. The Court does not require additional briefing on this issue, and no further filings related to Plaintiff's Motion to Amend Pleading are allowed.

Finally, Plaintiff states that he recently lost all his legal documents and requests that the Court again provide him with copies of the filed documents in this case. This request is also **DENIED**. This is the second time Plaintiff has requested the Court provide him with copies of all his case materials. (*See* Doc. No. 42.) In its September 12, 2019 Order granting his previous request, the Court stated that its decision to provide Plaintiff with copies was "a one-time courtesy," and that "[i]n the future, Plaintiff will be required to pay for any copies he requests in accordance with the Clerk's Office policy." (Doc. No. 43.) Plaintiff may mail a request for copies to the Clerk's Office, and pay a fee of 50 cents per page requested, or visit the Clerk's Office in person to print copies from one of the public terminals, at a cost of 10 cents per page. If Plaintiff has further questions about how to obtain copies or needs additional information, he may contact the Clerk's Office at 612-664-5000.

Dated: August 13, 2020                    *s/ Becky R. Thorson*
                                                       BECKY R. THORSON
                                                       United States Magistrate Judge