UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FONTELL DEMANN FULLER,    Case No. 19-CV-0886 (PJS/DTS)

      Plaintiff,

v.    SPECIAL VERDICT FORM

STANLEY HAFOKA,

      Defendant.

---

We, the jury in the above-entitled action, give these answers to the following questions:

### SECTION I: FACTUAL FINDINGS

*—All of the questions in Section I relate to Fontell Fuller's and Officer Hafoka's actions while Mr. Fuller was walking to his cell on April 14, 2017.*

1. Did Mr. Fuller fail to follow any of Officer Hafoka's commands?

    Yes __X__    No _____

2. Did Officer Hafoka warn Mr. Fuller that, if he failed to follow Officer Hafoka's commands, force might be used against him?

    Yes __X__    No _____

3. Did Mr. Fuller raise and swing his arms and clench his fists?

    Yes __X__    No _____

4. If Mr. Fuller did not raise and swing his arms and clench his fists, could a reasonable officer in Officer Hafoka's position, at the time and thus without the benefit of hindsight, have believed that Mr. Fuller did so?

   Yes _____   No _____   Not Applicable __X__

5. Did Mr. Fuller turn toward Officer Hafoka as if to fight him?

   Yes _____   No __X__

6. If Mr. Fuller did not turn toward Officer Hafoka as if to fight him, could a reasonable officer in Officer Hafoka's position, at the time and thus without the benefit of hindsight, have believed that Mr. Fuller did so?

   Yes __X__   No _____   Not Applicable _____

## SECTION II: LIABILITY

7. Do you find, by the greater weight of the evidence, that Officer Hafoka used excessive force in taking Mr. Fuller to the ground?

   Yes _____   No __X__

   —*If you answered "No" to Question 7, your deliberations are concluded. Skip the remaining questions and have the foreperson sign and date the verdict form below.*

## SECTION III: ACTUAL DAMAGES

   — *Only answer Question 8 if you answered "Yes" to Question 7.*

8. What amount of money, if any, did Mr. Fuller prove, by the greater weight of the evidence, will fairly and adequately compensate him for the actual damages he suffered when Officer Hafoka took him to the ground?

   $ _____

## SECTION IV: PUNITIVE DAMAGES

— *Only answer Question 9 if you answered "Yes" to Question 7.*

9. Do you find, by the greater weight of the evidence, that Officer Hafoka acted with malice or reckless indifference to Mr. Fuller's constitutional rights?

    Yes _____   No _____

    — *Only answer Question 10 if you answered "Yes" to Question 9.*

10. What amount of punitive damages, if any, do you find should be assessed against Officer Hafoka for maliciously or recklessly violating Mr. Fuller's constitutional rights?

    $ _____

*Your deliberations are concluded. Please have the foreperson sign and date the verdict form below and tell the court-security officer that you are ready to return your verdict.*

**REDACTED**          4/29/25
                      Date